IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. DEWALD, II,<br><br>      *Plaintiff,*<br><br>v.<br><br>CO JENKINS, *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 16-4597 |

## **ORDER**

**AND NOW**, this 2nd day of April, 2019, it is **ORDERED** that the case is **DISMISSED with prejudice** and the Clerk of Court is directed to mark the case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.